# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| The Booth Family Trust | : | Case No. 2:05-cv-0860 |
| | : | Judge Sargus |
| vs. | : | Magistrate Judge Kemp |
| | : | |
| Michael S. Jeffries, et al. | : | |
| | : | |
| | : | |
| Robert Kemp | : | Case No. 2:05-cv-0964 |
| | : | Judge Sargus |
| vs. | : | Magistrate Judge Kemp |
| | : | |
| Russell M. Gertmenian, et al. | : | |
| | : | |
| | : | |
| Alfred Freed | : | Case No. 2:05-cv-0998 |
| | : | Judge Sargus |
| vs. | : | Magistrate Judge Kemp |
| | : | |
| Michael S. Jeffries, et al. | : | |
| | : | |
| | : | Case No. 2:05-cv-1084 |
| Jennifer Chu | : | Judge Sargus |
| | : | Magistrate Judge Kemp |
| vs. | : | |
| | : | |
| Russell M. Gertmenian, et al. | | |

## <u>ORDER</u>

Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses is

**GRANTED.** Plaintiffs are hereby awarded fees and expenses pursuant to the terms and

conditions to which the Parties have agreed.

IT IS SO ORDERED.

12-19-2011

UNITED STATES DISTRICT JUDGE